## KAYE *v.* CO-ORDINATING COMMITTEE ON DISCIPLINE OF THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.

No. 300.   Decided February 13, 1967.

*Morton Liftin* for petitioner.

*Angelo T. Cometa* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded to the Appellate Division of the Supreme Court of New York, First Judicial Department, for reconsideration in light of *Spevack* v. *Klein,* 385 U. S. 511.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART would affirm the judgment below for the reasons stated in the dissenting opinions of MR. JUSTICE HARLAN in *Spevack* v. *Klein,* 385 U. S., at 520, and *Garrity* v. *New Jersey,* 385 U. S. 493, 500.

MR. JUSTICE WHITE dissents for the reasons stated in his dissenting opinion in *Garrity* v. *New Jersey,* and *Spevack* v. *Klein,* 385 U. S., at 530.